UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA K. SANDERS,

    Plaintiff,

v.

Case No. 23-cv-10778
Hon. Matthew F. Leitman

MICHIGAN ATTORNEY
DISCIPLINE BOARD,

    Defendant.
_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                                                KINIKIA ESSIX
                                                CLERK OF COURT

                              By:    s/Holly A. Ryan
                                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 22, 2024
Detroit, Michigan